Marc Van Der Hout (California Bar # 80778)
Beth Feinberg (California Bar # 240857)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Djafar SHAMS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Djafar SHAMS | Case No. C 07-02463 SBA |
| Petitioner, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Nancy ALCANTAR, in her Official Capacity, Field Office Director, San Francisco, California, U.S. Bureau of Immigration and Customs Enforcement; and David SEPULVEDA, in his Official Capacity, Facility Commander, Santa Clara County Jail | *IMMIGRATION CASE*<br><br>DHS No. A 078-670-244 |
| Respondents. | |

1 | Petitioner Djafar SHAMS ("Petitioner") hereby voluntarily dismisses the above-captioned case because Respondents have released Petitioner from detention. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action may be dismissed voluntarily by Petitioner without order of the court, as the notice of dismissal is filed before service by Respondents of an answer or motion for summary judgment.

Dated: May 17, 2007                    Respectfully submitted,


                                        /s/
                                        Marc Van Der Hout

                                        Attorney for Petitioner
                                        Djafar SHAMS