PROOF OF SERVICE BY MAIL

I, Beth Feinberg, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On May 17, 2007, I caused to be served the within:

**NOTICE OF VOLUNTARY DISMISSAL**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

>Civil Process Clerk
>Office of the U.S. Attorney
>Northern District of California
>450 Golden Gate Avenue,
>Box 36055
>San Francisco, CA 94102
>
>David Sepulveda
>Facility Commander
>Santa Clara County Jail
>Main Jail Administrative Office
>150 West Hedding St.
>San Jose, CA 95110

Executed on May 17, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/
Beth Feinberg
Declarant

Proof of Service                                                                                  Case No. C 07-02463 SBA