**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

DJAFAR SHAMS,                                                No. C 07-2463 SBA

    Petitioner,                                        **ORDER**

  v.

MICHAEL CHERTOFF, *et al.*,

    Respondents.

---

    Petitioner Djafar Shams has voluntarily dismissed his petition for writ of habeas corpus pursuant to Federal Rule of Civil Procedure 41(a)(1). Accordingly, this Court's order for the respondents to answer Shams's petition issued May 17, 2007, is VACATED. The Clerk of Court is directed to close the case file and any pending matters related to it.

    IT IS SO ORDERED.

May 17, 2007                                        _____
                                               Saundra Brown Armstrong
                                               United States District Judge